IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCUS GATES, )<br>)<br>        Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>MARY LANE, BRYCE HICKS, DEREK )<br>FLATT, DAVID HOMOYA, CORY )<br>HARBISON and KEVIN BATHON, )<br>)<br>        Defendant(s). | CASE NO.   13-768-SCW |

**JUDGMENT IN A CIVIL CASE**

Defendant Mary Lane was dismissed without prejudice on November 5, 2014, by an Order entered by Chief Judge Michael J. Reagan (Doc. 46).

Defendant Bryce Hicks was granted judgment as a matter of law on February 28, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 95).

The remaining issues came before this Court for jury trial.    The issues have been tried and the jury has rendered its verdict (Doc. 100) in favor of Defendants Derek Flatt, David Homoya, Cory Harbison and Kevin Bathon and against Plaintiff, Marcus Gates.

THEREFORE, judgment is entered in favor of Defendants **BRYCE HICKS, DEREK FLATT, DAVID HOMOYA, CORY HARBISON and KEVIN BATHON** and against Plaintiff **MARCUS GATES.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.    This period can only be

extended if excusable neglect or good cause is shown.

      **DATED** this 28th day of February, 2017

                                  **JUSTINE FLANAGAN, ACTING CLERK**

                                  **BY:** *__/s/ Angela Vehlewald__*
                                        **Deputy Clerk**

**Approved by** *__/s/ Stephen C. Williams__*
            **United States Magistrate Judge**
            **Stephen C. Williams**